UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RAFAEL FIUMARA,

                    Petitioner pro se,

      - against -                           88 Cr. 217-009 (JES)

UNITED STATES OF AMERICA,                   **SUMMARY ORDER**

                    Respondent.
------------------------------------X
          The above-captioned action having come before the Court by way
of petitioner pro se's Motion for Sentence Adjustment dated March
15, 2006, and the Government having submitted its Response to
petitioner pro se's Motion dated June 30, 2006, and the Court
having considered all matters raised, and
          **WHEREAS**, on June 7, 1997, petitioner pro se was convicted of
conspiracy to distribute and possess with the intent to distribute
heroin pursuant to 21 U.S.C. § 846, and conspiracy to import heroin
to and export cocaine from the United States pursuant to 21 U.S.C.
§ 963, and
          **WHEREAS**, on March 4, 1998, the Court sentenced petitioner pro
se to serve two concurrent terms of 167 months imprisonment and
five years supervised release, and
          **WHEREAS** petitioner pro se at present seeks immediate release
from prison, or, alternatively, annulment of his term of supervised
release, which is currently scheduled to commence upon his release
from imprisonment in October 2007, see Mot. for Sentence
Adjustment, and
          **WHEREAS** the Court has previously considered and rejected a
motion made, pursuant to 28 U.S.C. § 2255, by petitioner pro se to
vacate or set-aside his sentence, see Fiumara v. United States, 198
F. Supp. 2d 427 (S.D.N.Y. 2002), and
          **WHEREAS**, pursuant to 18 U.S.C. § 3583(e)(1), this Court may
terminate a previously-imposed sentence of supervised release only
"after the expiration of one year of supervised release," and only
upon a showing that such modification is "warranted by the conduct
of the defendant released and the interest of justice" as well as
the sentencing factors set forth in 18 U.S.C. § 3553(a)(1),
(a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and
(a)(7), and

**WHEREAS** petitioner <u>pro</u> <u>se</u> is not scheduled to begin his five-year term of supervised release until October 2007, it is

**ORDERED** that petitioner <u>pro</u> <u>se</u>'s requests for immediate release from prison and annulment of his term of supervised release shall be and hereby are denied; and it is further

**ORDERED** that petitioner <u>pro</u> <u>se</u>'s request for modification of his term of supervised release is premature and therefore shall be and hereby is denied.


Dated:     New York, New York
           July          , 2006



                              _____
                                   John E. Sprizzo
                              United States District Judge